IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>   *Plaintiff*,<br><br>v.<br><br>TRIVAGO N.V.,<br><br>   *Defendant*. | §<br>§<br>§<br>§<br>§<br>§   Case No. 2:21-CV-00349-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Trivago N.V. (Dkt. No. 47.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 13th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE